UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**JOSE F. APONTE**
**ROSA M. APONTE**

Case No: 11- 42352-BKC-RAM
Chapter 13

Debtor(s).
_____/

**CERTIFICATE OF SERVICE**
**PURSUANT TO LOCAL RULE 4003-1**
**RE: AMENDED SCHEDULES**

I HEREBY CERTIFY that copies of the Amended Schedules (DE # 39) were served on all creditors listed in the Creditor Mailing Matrix and attorneys of record or pro se parties, if applicable, identified on the Service List attached to this Notice either (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and/or (ii) via U.S. Mail to all parties who are not authorized to receive electronically, on this 28th day of March, 2012.

Respectfully Submitted,

By: /s/ Marcia Pereira
Marcia Pereira, Esq.
Florida Bar # 41863

**Daniel M. Keil, P.A.**
Attorney for Debtors
6500 Cowpen Road, Suite 301
Miami Lakes, FL 33014
Phone: (305) 821-5500
Fax: (305) 821-9066

Email: bankruptcy@keillaw.com

## **SERVICE LIST**

**11-42352-RAM Notice will be electronically mailed to:**

Nancy N Herkert
e2c8f01@ch13herkert.com

Maurice D. Hinton on behalf of Creditor Bank Of America, N.A., Successor By Merger To BAC Home Loans Servicing, LP
mdh@rasflaw.com, bankruptcy@rasflaw.com

Starlett M Miller on behalf of Creditor Regions Bank c/o Starlett Miller, Esq.
smiller@mccumberdaniels.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Marcia Pereira on behalf of Debtor Jose Aponte
mpereirabkfilings@gmail.com, marciap@keillaw.com;bankruptcy@keillaw.com

**11- 42352-RAM Notice will be served by US Mail to the attached Creditor Mailing Matrix**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 11-42352-RAM<br>Southern District of Florida<br>Miami<br>Wed Mar 28 18:39:45 EDT 2012 | Bank Of America, N.A., Successor By Merger T<br>c/o Maurice Hinton<br>3010 N Military Tr #300<br>Boca Raton, FL 33431-6393 | Capital One Auto Finance Department<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Recovery Management Systems Corp<br>25 SE 2 Ave  #1120<br>Miami, FL 33131-1605 | Regions Bank c/o Starlett Miller, Esq.<br>201 Milan Parkway<br>Birmingham, AL 35211-6946 | Ars Account Resolution<br>1801 Nw 66th Ave Ste 200<br>Plantation, FL 33313-4571 |
| Bacen & Jordan<br>2699 Sterling Road Suite A302<br>Fort Lauderdale, FL 33312 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Bca Financial Services<br>18001 Old Cutler Rd Ste<br>Palmetto Bay, FL 33157-6437 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Auto Finan<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 |
| Capital One Auto Finance, c/o Ascension Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Crd Prt Asso<br>One Galleria Tower 13355  Noel Road S<br>Dallas, TX 75240 |
| Fds Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | G M A C<br>Po Box 105677<br>Atlanta, GA 30348-5677 | Gecrb/Bmrt<br>P O Box 981439<br>El Paso, TX 79998-1439 |
| Gecrb/Brandsmart<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/City<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/City Furniture<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Hsbc Bank<br>Po Box 19360<br>Portland, OR 97280-0360 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Nv<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Macys/Fdsb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | OAK HARBOR CAPITAL III, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| OAK HARBOR CAPITAL IV, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Region/Ams<br>Po Box 11007<br>Birmingham, AL 35288-0001 |

```
Regions Bank                    Student Loan Service C          Target Nb
P O Box 10063                   1 University Pl                 Po Box 673
Birmingham, AL 35202-0063       Rensselaer, NY 12144-3424       Minneapolis, MN 55440-0673



Jose F. Aponte                  Marcia Pereira Esq.             Nancy N Herkert
14631 SW 104 Court              6500 Cowpen Rd # 301            www.ch13herkert.com
Miami, FL 33176-7721            Miami Lakes, FL 33014-7625      POB 279806
                                                                Miramar, FL 33027-9806



Rosa M. Aponte
14631 SW 104 Court
Miami, FL 33176-7721
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cap One
Po Box 85520
Richmond, VA 23285
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                        End of Label Matrix
                                Mailable recipients    36
                                Bypassed recipients     1
                                Total                  37
```